IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

NURDIN SHAILOOKUL UULU,

          PETITIONER,

v.                                         CIVIL ACTION NO. 3:26-0073

CARL ALDRIDGE, Superintendent,
Western Regional Jail;
VALERIE TOBIAS, Director,
ICE Pittsburgh Field Office;
TODD M. LYONS, Acting Director,
Immigration and Customs Enforcement;
KRISTI NOEM,
Secretary of the Department of Homeland Security;
PAM BONDI,
Attorney General of the United States,
in their official capacities,

          RESPONDENTS.

**ORDER**

       Pending before the Court is Petitioner Nurdin Shailookul Uulu's Verified Petition for Writ of Habeas Corpus. ECF No. 1. Also pending is a Motion to Dismiss filed by Federal Respondents ("the Government") Valerie Tobias, Director of ICE Pittsburgh Field Office; Todd M. Lyons, Acting Director of Immigration and Customs Enforcement; Kristi Noem, Secretary of the Department of Homeland Security; and Pam Bondi, Attorney General of the United States. ECF No. 23. Carl Aldridge, Superintendent of Western Regional Jail, is also a respondent.[1] The Court has considered the briefings and heard argument on February 11, 2026.

---

[1] Mr. Aldridge responds separately that he "should be treated as nothing more than a nominal respondent" and "defers to the Federal Respondents' position." *Carl Aldridge Resp.* 2, ECF No. 16.

The Government presents the same arguments previously rejected by this Court, uniformly rejected within this District, and rejected by the majority of others nationwide.[2] The Court rejects the propriety of alternative relief, such as ordering a bond hearing, for reasons stated on the record.

In accordance with the ruling on the record and for the reasons contained in the forthcoming Memorandum Opinion and Order, the Government's Motion to Dismiss (ECF No. 23) is **DENIED**, and the Petition for Writ of Habeas Corpus (ECF No. 1) is **GRANTED**. Respondents are **ORDERED** to release Petitioner from civil immigration custody immediately. The Court further **ORDERS** Respondents to facilitate the prompt return of any of Petitioner's seized property, including legal documents. Respondents are **PROHIBITED** from re-arresting and detaining Petitioner absent a determination by a neutral and detached decisionmaker or change in circumstance justifying such detention.

The Court **DIRECTS** the Clerk to send a copy of this Memorandum Opinion and Order to counsel of record and any unrepresented parties.

ENTER:   February 11, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE

---

[2] *See, e.g. Simanca Gonzalez v. Aldridge,* CIV. A. No. 3:26-cv-0055, 2026 WL 313476, at *5 (S.D. W. Va. Feb. 5, 2026); *Briceno Solano v. Mason,* CIV. A. No. 2:26-cv-00045, 2026 WL 311624, at *15 (S.D. W. Va. Feb. 4, 2026) (Johnston, J.); *Gutierrez Aroca et al., v. Mason,* CIV. A. No. 2:26-cv-00057, 2026 WL 357872, at *17 (S.D. W. Va. Feb. 9, 2026) (Goodwin, J.); *Bethancourt Soto v. Soto,* No. 25-cv-16200, 2025 WL 2976572, at *7 (D.N.J. Oct. 22, 2025) (collecting cases); *Barco Mercado v. Francis,* No. 25-cv-6582 (LAK), 2025 WL 3295903, at *4 (S.D.N.Y. Nov. 26, 2025) (collecting cases); *Yao v. Almodovar,* No. 25-CV-9982, 2025 WL 3653433, at *10, *12 (S.D.N.Y. Dec. 17, 2025) (collecting cases).